■ BARBARA BOWMAN, Respondent, v. LEONARD BOWMAN, Appellant.— Order unanimously reversed, without costs of this appeal to either party, and matter remitted to Special Term for further proceedings in accordance with the memorandum. Memorandum: The custodial provisions of the annulment decree were changed without any common-law proofs being taken. The custody of children should not be determined on the basis of recriminatory and controverted affidavits, but the court should make such a determination only after

a full and plenary hearing and inquiry. (15 N. Y. Jur., Domestic Relations, § 357, p. 561; *Fernandez* v. *Fernandez,* 282 App. Div. 1043; *Matter of Uhlan* v. *Uhlan,* 283 App. Div. 1013; *People ex rel. Kenny* v. *Kenny,* 277 App. Div. 578; *Radeff* v. *Radeff,* 272 App. Div. 582; *Maxson* v. *Maxson,* 271 App. Div. 1044.) (Appeal from order of Onondaga Special Term amending a judgment of March 16, 1962 permitting plaintiff, as mother, to take minor child to California to live and except that visitation is limited to mother's domicile in California.) Present — Bastow, J. P., Goldman, McClusky, Henry and Noonan, JJ.